## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 0:22-cv-60920-KMW

BRANDON SIROTA,
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

CASABLANCA EXPRESS, INC.,

Defendant.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

**NOW COMES** the Plaintiff, Brandon Sirota, by and through his counsel, and pursuant to Fed. R. Civ. P. 41, who hereby voluntarily dismisses his individual claims against Defendant, Casablanca Express, Inc. ("Casablanca"), with prejudice and without prejudice of the putative class claims against Casablanca. Each party shall bear its own respective costs and attorneys' fees.

Dated: July 19, 2022

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
954-400-4713